1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MALCOLM P. COLEMAN,           1:09-cv-00546-AWI-DLB (HC)

10             Petitioner,       ORDER DENYING PETITIONER'S MOTION
FOR ENTRY OF DEFAULT AND MOTION
11      v.                         FOR SUMMARY JUDGMENT

12                                 [Docs. 15, 16]
13   B. CURRY, Warden

14             Respondent.
_____/

15
16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17 pursuant to 28 U.S.C. § 2254.

18          Now pending before the Court is Petitioner's motion for entry of default and motion for

19 summary judgment filed on June 11, 2009.  (Court Docs. 15, 16.)

20          Entry of default is appropriate as to any party against whom a judgment for affirmative

21 relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of

22 Civil Procedure and where that fact is made to appear by affidavit or otherwise.  See Fed. R. Civ.

23 P. 55(a).

24          On May 8, 2009, the Court directed Respondent to file a response to the petition within

25 sixty (60) days from the date of service, i.e. July 7, 2009.[1]  (Court Doc. .)  Respondent filed a

26 timely response to the petition on July 7, 2009, which was served by mail on Petitioner at his

27 _____

28         [1] Petitioner incorrectly states that the Court ordered Respondent to file a response to the petition within
twenty or thirty days plus an additional three days for mailing.  (Court Doc. 15, Motion, at 3.)

1  address of record.  (Court Doc. 17.)  Accordingly, because there is simply no basis upon which to

2  enter default, Petitioner's motion for default judgment and motion for summary judgment are

3  HEREBY DENIED.

4

5  IT IS SO ORDERED.

6  **Dated:     July 29, 2009**                    _____/s/ Anthony W. Ishii_____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28