# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM P. COLEMAN,<br><br>    Petitioner,<br><br> v.<br><br>B. CURRY, Warden<br><br>    Respondent. | 1:09-cv-00546-AWI-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>[Docs. 24 and 25] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On August 26, 2009, Petitioner filed a motion requesting the matter be held in abeyance pending access to the law library. On September 15, 2009, Petitioner filed a motion requesting that the Court extend the time to file objections and disregard the prior request for abeyance. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  Petitioner is granted thirty (30) days from the date of service of this order in which to file objections of Findings and Recommendations.

  IT IS SO ORDERED.

 Dated:  September 21, 2009     /s/ **Dennis L. Beck**
                      UNITED STATES MAGISTRATE JUDGE

1